UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 95-31293
Summary Calendar
_____


UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

KERRY JACKSON,

Defendant-Appellant.

_____

Appeal from the United States District Court for the
Eastern District of Louisiana
(95-CR-58-T)
_____

August 29, 1996

Before HIGGINBOTHAM, WIENER, and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

    Court-appointed counsel for Kerry Jackson, Gary V. Schwabe,
Jr., has filed a brief as required by *Anders v. California*, 386
U.S. 738 (1967).  We have independently reviewed the brief and
record and have found no non-frivolous issue.  Accordingly, counsel

_____

[*]    Pursuant to Local Rule 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in Local Rule 47.5.4.

is excused from further responsibilities herein and Jackson's APPEAL is DISMISSED.   5th Cir. R. 42.2.